# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| HJALMAR RODRIGUEZ, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-2(MTT) |
| BRUCE CHATMAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying the Plaintiff's motions for a preliminary injunction (Docs. 155; 162; 166) because the Plaintiff has failed to satisfy the necessary prerequisites for the issuance of preliminary injunctions, and the Magistrate Judge recommends denying the Plaintiff's motion to lift stay for the limited purpose of ruling on his preliminary injunction motions (Doc. 167) as moot. Doc. 179. The Plaintiff has objected. Doc. 182 at 5-13. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which he objects. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motions (Docs. 155; 162; 166; 167) are **DENIED**.

**SO ORDERED,** this 6th day of October, 2017.

                                           <u>S/ Marc T. Treadwell</u>
                                           MARC T. TREADWELL, JUDGE
                                           UNITED STATES DISTRICT COURT